Neal J. Stephens (State Bar No. 152071)
Jeffrey Rabkin (State Bar No. 189798)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700
nstephens@jonesday.com
jrabkin@jonesday.com

Attorneys for Defendant
SEAN C. CUTTING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,,<br>Plaintiff,<br>v.<br>SEAN CUTTING, BRIAN MELLAND AND DAVID LONICH,<br>Defendant. | Case No. 14-cr-00139-SI-1; Case No. 17-cr-00139 SI<br>**DEFENDANTS' OBJECTIONS TO GOVERNMENT'S PROPOSED VERDICT FORM** |

Defendants hereby respectfully object to the government's proposed verdict form on the basis that it implicates multiplicity and double jeopardy concerns, *see, e.g., United States v. Stoddard*, 111 F.3d 1450 (9th Cit. 1996), and also fails to require the jury to unanimously agree on and identify specific false statements or material omissions before finding defendants guilty on Counts One through Seventeen and Counts Thirty One through Thirty Six. Defendants reserve their rights to submit a proposed verdict form that conforms with the government's prosecution theories and evidence admitted at trial.

Dated: August 22, 2017

Respectfully submitted,

Jones Day

By: /s/
JEFFREY RABKIN

Counsel for Defendant
SEAN C. CUTTING

Dated: August 22, 2017

Law Offices of George C. Boisseau

By: /s/
GEORGE C. BOISSEAU

Counsel for Defendant
BRIAN MELLAND

Dated: August 22, 2017

Coleman & Balogh LLP

By: /s/
ETHAN A. BALOGH

Counsel for Defendant
DAVID LONICH